UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GUILLERMINA GIRARDI,

Plaintiff,

-against-

CASTLE VILLAGE OWNERS CORP.,

Defendant.

Case No. 1:26-cv-07364 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

For the reasons stated on the record on September 8, 2026 at the hearing regarding the request for a temporary restraining order, Plaintiff Guillermina Girardi's motion for a temporary restraining order is DENIED. The Clerk of Court is respectfully directed to terminate the motion at Dkt. 5.

Dated: September 8, 2026
New York, New York

SO ORDERED.

Jennifer Rochon

JENNIFER L. ROCHON
United States District Judge