UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GUILLERMINA GIRARDI,

Plaintiff,

-against-

CASTLE VILLAGE OWNERS CORP.,

Defendant.

Case No. 1:26-cv-07364 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

In light of Plaintiff's voluntary dismissal of the claims asserted in this matter, *see* Dkt. 20, the Clerk of Court is respectfully directed to CLOSE this case.

Dated: September 21, 2026
New York, New York

SO ORDERED.

Jennifer Rochon

JENNIFER L. ROCHON
United States District Judge